516 A.2d 299

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Joseph MLINARICH.**

Supreme Court of Pennsylvania.

Oct. 14, 1986.

Petition for Allowance of Appeal GRANTED, No. 75 W.D. Appeal Docket 1986.

516 A.2d 299

**COMMONWEALTH of Pennsylvania**

v.

**Joseph MLINARICH, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 14, 1986.

Petition for Allowance of Appeal DENIED.